USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLINE SHU,

                    Plaintiff,

       -against-

 AMAZON.COM, INC.,

                  Defendant.

**ORDER ADJOUNRING INITIAL
CASE MANAGEMENT
CONFERENCE**

**25-CV-6291 (GBD) (RWL)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

    In light of this matter having been reassigned to **Magistrate Judge Robert W. Lehrburger** on October 28, 2025, the Initial Case Management Conference previously scheduled for **October 30, 2025** is hereby adjourned *sine die*.

    **The Clerk of Court is directed to terminate the motion at ECF #9.**

Dated: New York, New York
       October 28, 2025

                       SO ORDERED.

                       _____
                       KATHARINE H. PARKER
                       United States Magistrate Judge