

42nd Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Michael Goettig**
212.603.6498 tel
212.379.5202 fax

michaelgoettig@dwt.com

March 9, 2026

**VIA ECF**

Hon. Robert. W. Lehrburger, USMJ
United States Courthouse, Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007-1312

Re:     Caroline Shu v. Amazon.com, Inc.     (25-cv-06291)

Your Honor:

  This firm represents the defendant Amazon.com, Inc. ("Amazon") in the above referenced action.  We write in reference to the Court's March 6, 2026 order and in response to the letter motion seeking leave to file an amended complaint filed by counsel for the plaintiff Caroline Shu ("Shu") on March 2, 2026 (Dkt. No. 23).  While Amazon denies that Shu is entitled to any relief whatsoever (including under the New York City Human Rights Law, or "NYCHRL"), in the interest of conservation of judicial resources, it does not oppose Shu's request to add a cause of action under the NYCHRL.

        Respectfully submitted,

        Davis Wright Tremaine LLP

        */s/ Michael Goettig*

        Michael Goettig

cc: Plaintiff's counsel

4928-1755-1254v.1 0051461-008143