*Law Offices of Joshua Parkhurst*

11 Broadway, Suite 615                    Of Counsel To:  Giles Law Firm LLC
New York, NY  10004                            85 Broad Street, 17th Floor
(201) 577-2644                                        New York, NY 10004

March 2, 2026

**BY ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The request to file an Amended Complaint making the proposed changes is granted.  Plaintiff shall file the Amended Complaint by **March 16, 2026**.
>
> SO ORDERED:
>
> 3/9/2026
>
> _____
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re:    Shu v. Amazon.com, Inc.
          25-Cv-6291 (GBD) (KHP

Dear Judge Lehrburger:

We are local counsel plaintiff in the above referenced matter.  We are writing to request leave to file an amended Complaint in the above action.

Plaintiff Caroline Shu originally filed this Complaint *pro se*.  The undersigned appeared as local counsel on October 6, 2025.  Lead counsel in this case, Anita Mazumdar Chambers of the Employment Law Group, PLLC, was admitted by this court *pro hac vice* on January 26, 2026.

Plaintiff filed her original Complaint on July 31, 2025. Amazon.com, Inc., through its Registered Agent, Corporation Service Company, was served with the original Complaint on July 31, 2025. The Parties have exchanged written discovery requests but have not taken any depositions in this matter or produced any documents in this matter.

Plaintiff's pro-se complaint asserts claims of disability discrimination pursuant to the American's With Disabilities Act, 42 U.S.C. §12101 *et seq*, and the New York City Human Rights Law, N.Y. Exec §290 *et seq.* Plaintiff also asserts claims for unlawful retaliation under the Family and Medical Leave Act, 29 U.S.C. §2601 *et seq.*  Plaintiff hereby requests leave to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) to include a claim for disability discrimination under the New York City Human Rights Law, 8 N.Y.C. Admin Code §§8-101, et seq.

"The court should freely give leave when justice so requires. FRCP 15(a)(2). In the absence of any apparent or declared reason, a request for leave to amend should, as the rules

Honorable Robert H. Lehrburger
March 2, 2026
Page 2

require, be 'freely given.' *Foman v. Davis*, 371 U.S. 178, 182 (1962). Such an apparent reason is not present in this case. *Id.*

Plaintiff Caroline Shu seeks in good faith to amend her complaint to include the New York City Human Rights Law, N.Y.C. Admin Code §8-101 in order to more clearly identify the ways in which Defendants discriminated against her. Plaintiff respectfully submits her Amended Complaint would not duly delay the parties. Bad faith or dilatory motive on the part of the movant is not present in this case. Undue prejudice to the opposing party by virtue of allowance of the amendment is not present in this case, as the Plaintiff does not intend to change the factual allegations and the Original Complaint already alleges violations of both New York law (New York Human Rights Law) and discrimination on the basis of disability (Americans with Disabilities Act of 1990). Including New York City Human Rights Law, N.Y.C. Admin. Code §8-101 allows Plaintiff to succinctly identify the degree of discrimination she experienced.

Plaintiff requested Defendant's position on March 2, 2026. Counsel for defendant has advised they are conferring with their client. To avoid any further delay we are submitting this letter before the end of the day.[1]

Plaintiff has attached her proposed Amended Complaint, complementary redline copy, and proposed order to this motion. Plaintiff respectfully requests that the Court grant leave to file the attached Amended Complaint.

The Court's considerations are appreciated.

Respectfully submitted,

*Joshua Parkhurst*

---

[1] The scheduling order set a date of February 27, 2026 to amend pleadings. As February 27th was a Saturday, Pursuant to FRCP 6(a)(1)(C), plaintiff is filing today, the first business day after February 27, 2026.