**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CAROLINE SHU                      :

                     Plaintiff,       :

         -against-             :                ORDER

AMAZON.COM, INC.,              :

                                     :       25 Civ. 6291 (GBD) (RWL)

                    Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the court-ordered mediation in this case was held and an agreement was reached on all issues, (*see* ECF No. 39,) the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

       All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: June 22, 2026
       New York, New York

                                    SO ORDERED.

                                     *George B. Daniels*

                                     GEORGE B. DANIELS
                                     United States District Judge